■ LONGINA GIFFORD, as Administratrix of the Estate of THOMAS MARKOSKI, Deceased, Respondent, v COMMERCE BANK et al., Appellants. [938 NYS2d 436]

Defendants' motions for summary judgment should have been granted because they demonstrated that they lacked actual or constructive notice of the alleged dangerous condition, and plaintiff's decedent's deposition testimony was insufficient to raise a triable issue of fact as to whether the cleaning contractor caused or created the condition. Concur—Friedman, J.P., Sweeny, Renwick, DeGrasse and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JONES, Appellant. [940 NYS2d 516]

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Friedman, J.P., Sweeny, Renwick, DeGrasse and Román, JJ.